**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CYNTHIA SARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 21 CV 1331 |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF REMOVAL**

Defendant, Union Pacific Railroad Company ("Union Pacific"), by and through its undersigned counsel, files this Notice of Removal pursuant to 28 U.S.C. §§1441 and 1446, of an action filed in the Circuit Court of Cook County, Illinois, County Department, Law Division, entitled "*Cynthia Sartin v. Union Pacific Railroad Company*" now pending there as civil action No. 21 L 1809. In support of this notice, Union Pacific states as follows:

1.      Attached as Exhibit 1 is a true and correct copy of the Complaint on file in the Circuit Court of Cook County. The Complaint was filed on February 17, 2021.

2.      Union Pacific was served with the Summons and Complaint on February 25, 2021. A true and correct copy of the papers served upon Union Pacific are attached to this filing as Exhibit 2.

3.      No appearances have been filed by Defendant in the state court action. No other pleadings or orders have been entered in the pending state court action. A copy of this Notice of Removal will be promptly served upon Plaintiff and filed with the clerk of the state court.

4.      Plaintiff's Complaint seeks recovery under a premises liability theory.

5.      On information and belief, Plaintiff is a resident of the State of Illinois.

6. Union Pacific's principal place of business is in Omaha, Nebraska. It is incorporated in the State of Delaware.

7. Plaintiff's complaint seeks recovery for injuries allegedly suffered and damages. On information and belief, the amount in controversy, exclusive of interest and costs, is in excess of the jurisdictional requirement.

8. By virtue of the diversity of citizenship between the parties and the amount in controversy, this Court has original jurisdiction of this action pursuant to 28 U.S.C. §1332(a) and (c) and, therefore, Defendant is entitled to remove this action pursuant to 28 U.S.C. §1441(a) and (b).

9. This Notice of Removal has been filed within 30 days after receipt of the summons and complaint, which were first received by Union Pacific on or after February 25, 2021. The Notice of Removal is therefore timely under 28 U.S.C. §1446(b).

WHEREFORE, Defendant Union Pacific Railroad Company prays that civil action No. 21 L 1809 now pending in the Circuit Court of Cook County, Illinois, be removed to the United States District Court for the Northern District of Illinois, Eastern Division.

Dated:    March 12, 2021                    Respectfully submitted,

                                            UNION PACIFIC RAILROAD COMPANY


                                    By:     s/      Sarah-Joël M. Privert
                                            Sarah-Joël M. Privert

Sarah-Joël M. Privert, #6325812
Attorney for Defendant
Union Pacific Railroad Company
101 North Wacker Drive, Room 1920
Chicago, IL 60606
Tel: 312.777.2056
Fax: 877.213.4433
smpriver@up.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the above and foregoing instrument was properly forwarded to all counsel of record as listed below by:

\_\_\_\_ United States Mail, postage prepaid and sealed;

\_\_\_\_\_ United States Certified Mail, postage prepaid and return receipt requested;

\_\_\_\_\_ Hand Delivery;

\_\_\_\_\_ UPS / Next Day Air;

\_\_\_\_\_ Facsimile Transmission;

_X_ Local Rule 5.9 Electronic Filing (U.S.D.C., ND IL); and/or

\_\_\_\_ Email (pdf)

on March 12, 2021.

**Stephen M. Libman**
**Scott Norris**
**BURNES | LIBMAN LAW GROUP**
**2 North LaSalle Street, Suite 2200**
**Chicago, Illinois 60602**
**(312) 726-6500**
efiling@burnesandlibman.com


s/     Sarah-Joël M. Privert
Sarah-Joël M. Privert

3